UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CHRISTOPHER REID TAYLOR,

        Petitioner,

v.

KENDALL T. RICHARDSON,

        Respondent.

No. 1:20-CV-00016-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice.

Dated June 7, 2021.

_____
JAMES WESLEY HENDRIX
United States District Judge